# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Siler, Eugene E. | **2. Court or Organization**<br><br>Sixth Circuit Court of Appeals | **3. Date of Report**<br><br>05/11/2012 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>310 South Main Street, Ste 333<br>London, KY 40741 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Executor | Estate #2 |
| 3. | Executor | Estate #3 |
| 4. | Trustee | Trust #1 |
| 5. | Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc. |
| 6. | Director & Vice Chairman | National Institute for Hometown Security, Inc. |
| 7. | Trustee | Baptist Healthcare Foundation, Inc. |
| 8. | Director | Williamsburg High School Alumni Endowment Association, Inc. |
| 9. | Director | Baaptist Healthcare System, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baptist Healthcare System, Inc. (BHS) | 10/28-11/2 | San Diego, CA | Seminar | Travel, lodging, food, seminar fees. |
| 2. | William & Mary Law School | 2/18-20 | Williamsburg, VA | Moot Court | Food, lodging. |
| 3. | University of Virginia | 4/8-10 | Charlottesville, VA | Moot Court | Travel, food, lodging |
| 4. | BHS | 3/28-29 | Louisville, KY | Board Meetng | Travel, food |
| 5. | BHS | 7/27-28 | Louisville, KY | Board Meeting | Travel, food |
| 6. | FREE | 8/27-9/1 | Gallatin Gateway, MT | Seminar | Travel, food, lodging |
| 7. | BHS | 9/25-27 | Paducah, KY | Board Meeting | Travel, food, lodging |

| 8. | BHS | 12/4-6 | Louisville, KY | Board Meeting | Travel, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 19. | L |
| 2. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 17. | L |
| 3. | First State Financial | Mortgage on _____, Whitley County, KY. Part VII, line 16. | K |
| 4. | Community Trust Bank | Guarantor ____ student loans. | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Community Trust Bank (Common Stock) | C | Dividend | M | T | | | | | |
| 2. Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3. KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 4. Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 5. Exxon Mobil (Common Stock) | E | Dividend | O | T | | | | | |
| 6. Chevron (Common Stock) | B | Dividend | L | T | | | | | |
| 7. Regions Financial (Common Stock) | A | Dividend | K | T | | | | | |
| 8. Am. Funds (Mutual IRA) | A | Dividend | J | T | | | | | |
| 9. Real estate (20A) (Whitley Co., KY)(Listed as 77A) | | None | K | S | | | | | |
| 10. Pfizer (Common Stock) | A | Dividend | K | T | | | | | |
| 11. Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 12. Community Trust Bank Trust #1 Account | A | Interest | J | T | | | | | |
| 13. Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |
| 14. Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 15. Johnson & Johnson (Common Stock) | B | Dividend | K | T | | | | | |
| 16. Flying Rooster Farm, Inc. (Common Stock) | A | Royalty | K | U | | | | | |
| 17. Rental Prop. No. 1, Whitley Co., KY (Purchase 2002 $128,000) | D | Rent | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Procter & Gamble (Common Stock) | A | Dividend | K | T | | | | | |
| 19. Rental Prop. No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | A | Rent | L | R | | | | | |
| 20. Harry Jeffries Holding, LLC | C | Dividend | K | S | | | | | |
| 21. SY Bancorp (pfd stock) | B | Dividend | K | T | | | | | |
| 22. Smucker Co. | A | Dividend | J | T | | | | | |
| 23. Frontier Communications Corp. (X) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

E =$15,001 - $50,000

P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From VII - Investments

Line 3 - Value of Kentucky Mine Supply stock derived from appraisal in 2011 by corporate president.

Line 9 - Assessed value is at 100%, for $30,800.

Line 20 - Assessed value is at 100% and is done annually by the Commonwealth of Kentucky.  2011 assessment was at $13,343 for this part of the stock (20%).

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eugene E. Siler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544